# Court of Appeals
# of the State of Georgia

ATLANTA, __January 31, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0854. KRISTAN MCCULLOUGH v. THE STATE.**

Kristan McCullough brought this direct appeal from the trial court's order denying her motion to quash a subpoena for the production of documents and a witness subpoena. We lack jurisdiction. The order complained of is a non-final discovery order, and such orders are subject to the interlocutory appeal procedure. OCGA § 5-6-34 (b). Because McCullough failed to follow the required appellate procedure, her appeal is hereby DISMISSED. See *Smith v. Adamson*, 226 Ga. App. 698, 701 (4) (487 SE2d 386) (1997); *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77 (485 SE2d 525) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/31/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*